**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JANE DOE I, et al.,

                      Plaintiffs,                      93 **CIVIL** 878 (LTS)

      -against-                           **RENEWED JUDGMENT**

RADOVAN KARADZIC,                **FOR JUDGMENT ENTERED**
                                                                    **OCTOBER 4, 2020, #00,2204**
                      Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2020, Plaintiffs Motion to renew the October 4, *2000 Judgment is granted, and Judgment is entered as follows:*

        1.  Plaintiff Jane Doe I has final judgment against and recovery from defendant Radovan Karadzic of $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for gang rape, beating, and other torture in the Trnopolje concentration camp, genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

        2.  Plaintiff Jane Doe III has final judgment against and recovery from defendant Radovan Karadzic of $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for rape, forced pregnancy, sexual slavery,

other torture, genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

3. Plaintiff Mirzeta Hirkic (Jane Doe IV) has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on her own behalf, $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for detention in the Trnopolje concentration camp; for cruel, inhuman, and degrading treatment, including the fear of sexual assault against herself and her daughter; for her husband's detention, torture, and disappearance; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased husband, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

4. Plaintiff Hava Jukic (Jane Doe V) has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on her own behalf, $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for her own suffering and her husband's detention, torture through severe beating, and death due to torture; for genocide, war crimes, wrongful death, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased husband, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

5. Plaintiff Halida Mesic (Jane Doe VI) has final judgment against and recovery from

defendant Radovan Karadzic as follows:

(i) on her own behalf, $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for her own suffering and her husband's detention, torture through severe beating, and death due to torture; for genocide, war crimes, wrongful death, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased husband, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

6. Plaintiff Jane Doe VII has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on her own behalf, $30,000,000.00 ($30 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for the summary execution of her brother; for the killing of her husband; for the loss of her arm during the bombing of Sarajevo; for suffering during the siege of Sarajevo; for wrongful death; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased husband, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages; and

(iii) suing on behalf of her deceased brother, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

7. Plaintiff Jane Doe IX has final judgment against and recovery from defendant Radovan Karadzic of $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for repeated rape, gang rape, threats of

death, other torture, genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

8. Plaintiff Jane Doe X has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on her own behalf, $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for gang rape and other torture; for the disappearance of her father and brother; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased father, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages; and

(iii) suing on behalf of her deceased brother, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

9. Plaintiff Alma Vilogorac (Jane Doe XI) has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on her own behalf, $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for war crimes during the siege of Sarajevo; for the disappearance of her two brothers; for genocide, war crimes, crimes against humanity, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased older brother, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages; and

(iii) suing on behalf of her deceased twin brother, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

10. Plaintiff Jane Doe XII has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on her own behalf, $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, including death threats; for the disappearance of her husband; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of her deceased husband, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

11. Plaintiff Jane Doe XIII has final judgment against and recovery from defendant Radovan Karadzic of $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for war crimes during the siege of Sarajevo; for genocide, war crimes, crimes against humanity, and intentional infliction of emotional distress.

12. Plaintiff Jane Doe XIV, a minor, suing through her mother, Jane Doe XIII, has final judgment against and recovery from defendant Radovan Karadzic of $30,000,000.00 ($30 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for war crimes during the siege of Sarajevo; for genocide, war crimes, crimes against humanity, and intentional infliction of emotional distress.

13. Plaintiff Kemal Mehinovic (John Doe I) has final judgment against and recovery from defendant Radovan Karadzic of $25,000,000.00 ($25 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, forced labor, prolonged detention, genocide, war crimes, crimes against humanity, assault and battery, and intentional

infliction of emotional distress.

14. Plaintiff John Doe II has final judgment against and recovery from defendant Radovan Karadzic of $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, detention in the Omarska and Trnopolje concentration camps, genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

15. Plaintiff Dr. Emir Kapetanovic (John Doe III) has final judgment against and recovery from defendant Radovan Karadzic of $27,000,000.00 ($27 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, detention in the Manjaca concentration camp, genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

16. Plaintiff John Doe IV has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on his own behalf, $15,000,000.00 ($15 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for the arbitrary arrest and disappearance of his son, and for genocide, war crimes, crimes against humanity, and intentional infliction of emotional distress; and

(ii) suing on behalf of his deceased son, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

17. Plaintiff Fehim Fazlic (John Doe V) has final judgment against and recovery from defendant Radovan Karadzic of $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, arbitrary detention, genocide,

war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

18. Plaintiff John Doe VI has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on his own behalf, $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for war crimes during the siege of Srebrenica; for the summary execution of his first brother; for the disappearance of his father and his second brother during the Srebrenica massacre; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of his deceased father, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages; and

(iii) suing on behalf of his deceased brother number one, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages; and

(iv) suing on behalf of his deceased brother number two, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

19. Plaintiff John Doe VII has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on his own behalf, $25,000,000.00 ($25 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for war crimes during the siege of Srebrenica; for torture, beatings, and the deprivation of medical care in the Batkovic camp; for detention, beatings, and forced labor in Kotorska; for the killing of his son; for genocide; war crimes, crimes against humanity; assault and battery, and intentional infliction of emotional

distress; and

(ii) suing on behalf of his deceased son, $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

20. Plaintiff John Doe VIII has final judgment against and recovery from defendant Radovan Karadzic as follows:

(i) on his own behalf of $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for war crimes during the siege of Srebrenica; for torture, detention in inhuman conditions in concentration camps; for the disappearance of his brothers; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress; and

(ii) suing on behalf of his deceased brother number one, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages; and

(iii) suing on behalf of his deceased brother number two, $10,000,000.00 ($10 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages.

21. Plaintiff John Doe IX has final judgment against and recovery from defendant Radovan Karadzic of $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, detention in inhuman conditions in concentration camps; for the disappearance of his brothers; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

22. Plaintiff John Doe X has final judgment against and recovery from defendant Radovan Karadzic of $20,000,000.00 ($20 million) in compensatory damages and $100,000,000.00 ($100 million) in punitive damages for torture, detention in inhuman conditions

in concentration camps; for the disappearance of his brothers; for genocide, war crimes, crimes against humanity, assault and battery, and intentional infliction of emotional distress.

23. Each plaintiff shall recover the aforementioned damages with interest thereon, at the rate provided by law, 28 U.S.C. § 1961, along with plaintiffs' costs of this action.

24. This Judgment encompasses the relief awarded by the jury and does not include additional relief that the Court may impose. This court shall retain jurisdiction over this action for all proceedings involving the registration and enforcement of this Judgment.

Accordingly, judgment is reentered in favor of plaintiffs in the amounts as set forth in the Court's October 4, 2000, Judgment with statutory interest from October 4, 2000, pursuant to 28 U.S.C. § 1961, which judgment shall supersede, and thereby renew and extend, the Court's prior judgment.

**Dated:**  New York, New York
October 5, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:** *[signature: David J. Thomas]*
_____
**Deputy Clerk**